JUAN PEREZ *v.* COMMISSIONER OF CORRECTION

The petitioner Juan Perez' petition for certification for appeal from the Appellate Court, 80 Conn. App. 96 (AC 23630), is denied.

*James M. Fox,* special public defender, in support of the petition.

Decided December 2, 2003

BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The defendant's petition for certification for appeal from the Appellate Court (AC 23901) is dismissed.

*John Wayne Fox,* in support of the petition.

*Gaetano Ferro,* in opposition.

Decided December 2, 2003